

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

> REQUEST GRANTED.
> The Status Conference previously set for April 5, 2022 is rescheduled to April 26, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from April 4, 2022 until April 26, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and April 26 can be used by the parties to discuss a potential pretrial disposition.
>
> 4/4/2022
> SO ORDERED.
> *LEWIS J. LIMAN*
> United States District Judge

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marcus Williams,* 21 Cr. 793 (LJL)

Dear Judge Liman,

      The Government writes to request an adjournment of the status conference scheduled for April 5, 2022 at 12:00 a.m., in the above referenced matter. The parties' review of discovery is ongoing, and the parties need additional time to engage in negotiations regarding a pretrial disposition of this action. Accordingly, the parties seek an adjournment to the week of April 25, 2022 or a time thereafter that the Court is available. This is the first adjournment requested in this action.

      Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the completion of discovery and the defense to file any pretrial motions, and it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   Camille L. Fletcher
      Camille L. Fletcher
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2383

cc: Benjamin Zeman, Esq. (via ECF)