

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2022

**REQUEST GRANTED.**
The Status Conference scheduled for July 8, 2022 is canceled. Instead, a Change of Plea hearing is scheduled for August 3, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from July 7, 2022 until August 3, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

7/7/2022

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marcus Williams,* 21 Cr. 793 (LJL)

Dear Judge Liman,

    The Government writes to request an adjournment of the status conference scheduled for July 8, 2022 at 2:00 p.m., in the above referenced matter. The parties' believe they have reached an agreement regarding a pretrial disposition of this action. Accordingly, the parties would like to schedule a change of plea conference. We understand from Chambers' staff that the Court has time available for such a conference on August 3, 2022 at 2:00 p.m.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to conclude their negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

cc: Benjamin Zeman, Esq. (via ECF)