UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,         :

        -v-                                :         21-CR-793 (LJL)

MARCUS WILLIAMS,                     :         <u>SCHEDULING</u>
                                   Defendant.          :            <u>ORDER</u>

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Change of Plea hearing previously set for August 3, 2022 is rescheduled to August 9, 2022 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court, with consent of all parties, excludes time from August 3, 2022 until August 9, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and August 9 will allow for the parties to reach a pretrial resolution of this matter.

       SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                                       LEWIS J. LIMAN
                                                      United States District Judge