UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                   :

UNITED STATES OF AMERICA                 :

                               -v.-                             :           21 Cr. 793 (LJL)

MARCUS WILLIAMS,                       :           <u>ORDER</u>

                             Defendant. :

-------------------------------------------------------------- :
                                                                               X

Lewis J. Liman, United States District Judge:

       WHEREAS, the defendant, Marcus Williams (BOP Register No. 91324-053), is being housed by the Bureau of Prisons at the Metropolitan Detention Center (the "MDC").

       WHEREAS, the defendant has a right to review discovery in this case.

       WHEREAS, the Government will deliver a drive that will contain portions of the defendant's discovery.

       It is hereby ORDERED that the MDC deliver the drive to the defendant and ensure that the defendant has reasonable access to review the information contained on the thumb drive.

       SO ORDERED.

Dated:  August 10, 2022
New York, New York

                                                                     _____
                                                                     HONORABLE LEWIS J. LIMAN
                                                                     United States District Judge
                                                                     Southern District of New York