UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- :  21-CR-793 (LJL)
:
MARCUS WILLIAMS, :  SCHEDULING
:  ORDER
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Change of Plea hearing previously set for September 8, 2022 is rescheduled to September 21, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from September 8, 2022 until September 21, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: August 24, 2022
New York, New York
_____
LEWIS J. LIMAN
United States District Judge